IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APRIL BLACKBOURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL GUARDIAN, LLC,<br><br>Defendant. | 8:19CV144<br><br>ORDER |

This matter is before the Court on a motion to dismiss (Filing No. 29) filed pursuant to Federal Rule of Civil Procedure 12(b)(2) by GoHealth, LLC ("GoHealth"), who was named as a defendant in plaintiff April Blackbourn's ("Blackbourn") original Class Action Complaint (Filing No. 1). On June 24, 2019, Blackbourn filed a First Amended Class Action Complaint (Filing No. 33) naming only Medical Guardian, LLC as a defendant in this case and gave written notice (Filing No. 34) of her voluntary dismissal of GoHealth as a defendant. As a result, GoHealth is no longer a defendant in this case and GoHealth's pending motion to dismiss (Filing No. 29) is denied as moot.

IT IS SO ORDERED.

Dated this 3rd day of July 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge